**Patricia HULSEY, Appellant,**

v.

**TREASURER OF the STATE OF MISSOURI AS CUSTODIAN OF the SECOND INJURY FUND, Respondent.**

**No. ED 103576**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: May 3, 2016

Susan K. Roach, 8000 Maryland Avenue, Suite 760, Clayton, MO 63105, for Appellant.

Kevin A. Nelson, Asst. Atty. General, P.O. Box 861, St. Louis, MO 63188, for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

**ORDER**

Patricia Hulsey ("Claimant") appeals from a decision of the Labor and Industrial Relations Commission denying her claims against the Second Injury Fund for failure to prove a compensable primary injury and failure to provide competent, reliable and persuasive medical causation evidence. Claimant argues the Commission erred in denying her claims because the Commission failed to review the whole record and improperly discounted the Claimant's medical and vocational experts.

We have reviewed the briefs of the parties and the record on appeal and affirm the decision of the Commission. An opinion reciting the detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).